UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CALLY LERVICK, a single woman,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,

    Defendant.

Case No.: 2:18-CV-00389 RSM

**ORDER AMENDING TRIAL DATE & RELATED DATES**

Having reviewed the parties' Joint Motion, it is hereby ordered that the Order Setting Trial Dates & Related Dates (*Dkt. 8, 05/17/18*) is amended as follows:

| Activity | Current Deadline | New Deadline |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | September 7, 2018 | September 21, 2018 |

DATED this 28 day of August 2018.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AMENDING TRIAL DATE &
RELATED DATES – 1
File Number 203195

LAW OFFICES OF
NELSON LANGER ENGLE PLLC
12055 15th Avenue NE
Seattle, Washington 98125
206/623-7520