UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALLY LERVICK, a single woman,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Defendant. | Case No.: 2:18-CV-00389 RSM<br><br>**ORDER OF DISMISSAL** |

BASED ON THE NOTICE that the Plaintiff's claims against the Defendant have been settled, and the Stipulation of the parties, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, the parties to bear their own costs and attorneys' fees.

DATED this 24 day of September 2018.

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1
File Number 203195

LAW OFFICES OF
NELSON LANGER ENGLE PLLC
12055 15th Avenue NE
Seattle, Washington 98125
206/623-7520